

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Zachary Dewayne McDonald,           * From the 32nd District Court
of Nolan County,
Trial Court No. 12996.

Vs. No. 11-19-00415-CR           * December 31, 2020

The State of Texas,           * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete $22.50 of the time payment fee, and to reflect that the first and second enhancement paragraphs, and the pleas to those enhancement paragraphs, are "Not Applicable"; as modified, we affirm the judgment of the trial court.